FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 30, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EUSEVIO CHAVALLO, JR.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | NO: 2:18-CV-254-RMP<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS |

　　　By a letter from the Clerk of Court sent to Plaintiff Eusevio Chavallo, Jr. on August 13, 2018, the Clerk informed Mr. Chavallo that he had failed to file an application to proceed *in forma pauperis* or pay the filing fee. ECF No. 2. Mr. Chavallo has since failed to return a completed application to proceed *in forma pauperis*, pay the filing fee, or prosecute this case. Therefore, **IT IS ORDERED** this action is **DISMISSED** without prejudice for failure to comply with 28 U.S.C. §§ 1914 and 1915 and failing to prosecute the case.

/ / /

/ / /

ORDER ~ 1

1 **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this
Order, forward a copy to Plaintiff at the address provided, and **close this case**.  The
Court certifies that any appeal of this dismissal would not be taken in good faith.
*See* 28 U.S.C. § 1915(a)(3); 28 U.S.C. § 2253(c).

**DATED** November 30, 2018.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER ~ 2